**Andrew J. SALES, Appellant,**

**v.**

**Joe UZOARU, Respondent.**

**ED 104667**

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: June 6, 2017

Andrew J. Sales, 322 South Middle Street, Cape Girardeau, MO 63703, pro se.

Adam R. Lorenz, 339 Broadway, Suite 110, Cape Girardeau, MO 63701, for respondent.

Before: James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

## ORDER

PER CURIAM.

Andrew Sales appeals the trial court's summary judgment in favor of Joe Uzoaru on Sales' claim of conversion. We have reviewed the briefs of the parties and the record on appeal, and no error of law appears. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2017).